**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-7072**

─────────────

JAMES T. COLE, JR.,

       Plaintiff - Appellant,

   v.

WARDEN RAY, Warden of FCI Hazelton; MR. BARNES, Case Manager Coordinator; UNKNOWN, Post Master General,

       Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:23-cv-00238-JPB)

─────────────

Submitted:  March 12, 2024                    Decided:  March 15, 2024

─────────────

Before GREGORY, RICHARDSON, and BENJAMIN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

James T. Cole, Jr., Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James T. Cole, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Cole's *Bivens*[*] complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Cole v. Warden*, No. 5:23-cv-00238-JPB (N.D.W. Va. Sept. 27, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

2